IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02118-OES

GABRIEL ATSEPOYI,

　　Plaintiff,

v.

SAFEWAY INCORPORATED, (A UNITED STATES CORPORATION),

　　Defendant.

---

## ORDER TO SUPPLEMENT COMPLAINT

---

Plaintiff Gabriel Atsepoyi has filed a *pro se* Complaint pursuant to Title VII, 42 U.S.C. § 1981, and various state laws. The Court must construe Mr. Atsepoyi's Complaint liberally, because he is a *pro se* litigant. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

As directed on page two of the Complaint form, Plaintiff failed to attach to the Complaint a copy of the Notice of Right to Sue received from the Equal Employment Opportunity Commission. Accordingly, it is

ORDERED that Mr. Atsepoyi file, **within thirty (30) days from the date of this Order**, a copy of the Notice of Right to Sue correspondence that he received from the Equal Employment Opportunity Commission. It is

FURTHER ORDERED that Plaintiff shall file a copy of the Notice with the Clerk of the Court, United States District Court for the District of Colorado, at the Alfred A.

Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589 within thirty days of the date of the instant Order. It is

FURTHER ORDERED that if Plaintiff fails to file a copy of the Notice **within thirty days of the date of this Order** the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this __1__ day of __November__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

Case 1:05-cv-02118-CBS-MJW Document 5 Filed 11/01/05 USDC Colorado Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02118-ZLW

Gabriel B. Atsepoyi
8822 E. Florida Ave. #217
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-1-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk