IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02118-CBS-MJW

GABRIEL ATSEPOYI,

Plaintiff(s),

v.

SAFEWAY INCORPORATED,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Plaintiff's Motion for Stay (docket no. 32) is DENIED. This court conducted a Rule 16 Scheduling Conference on April 18, 2006. At that time, this court became aware of the Pro Se Plaintiff's need to travel out of the country for family medical reasons. This court took such input by the Pro Se Plaintiff into consideration when this court set the deadlines to complete discovery. These deadlines were set so that the Pro Se Plaintiff could travel outside of the United States and return in time to complete discovery.

Date: April 20, 2006