IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02118-CBS-MJW

GABRIEL ATSEPOYI,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    In light of the court's January 25, 2006 Order Granting Service by United States Marshal (*doc. no 14*), Atsepoyi's "Motion to Effect Process Service on Defendant" (filed January 12, 2006; *doc. no. 11*) is DENIED as moot.

**DATED:**    May 1, 2006