IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02118-CBS-MJW

GABRIEL ATSEPOYI,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendant.

---

## ORDER OF DISMISSAL

---

Magistrate Judge Craig B. Shaffer

      The Joint Stipulation of Dismissal filed on September 7, 2006, by the parties, having come before the Court, and appearing well founded; it is hereby

      ORDERED that this action is DISMISSED, with prejudice, each party to bear their own costs and attorney's fees incurred herein.  It is further

      ORDERED that the show cause hearing set before Magistrate Judge Watanabe on September 28, 2006, is VACATED.

DATED at Denver, Colorado, this 12th day of September, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge